

**ORDERED in the Southern District of Florida on January 20, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-19147-BKC-AJC
CHAPTER 13

In re:

Jose Vidal,

    Debtor.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM #7 OF ASDRUBAL RAFAEL RAMOS

This case came before the Court on January 19, 2016 upon the Debtor's Objection to Claim #7 of Asdrubal Rafael Ramos. Based on the record, it is

**ORDERED AND ADJUDGED**

1. The objection(s) with respect to the following claim(s) is sustained and such claim(s) is stricken and disallowed as not owed by the Debtor. Claimant is Creditor of South Miami Party Rental, Inc. and Party Rental Miami Events Corp., not of the Debtor. There are no wages owed as Creditor was never an employee of the Debtor.

Further there are no attachments proving indebtedness.

| **Claim #** | **Claimant** |
|---|---|
| #7 | Asdrubal Rafael Ramos |

###

Copies Furnished to:

Reyes & Calas- Johnson, P.A.
Attorneys for Debtor
782 N.W. 42nd Ave., #447
Miami, FL 33126
rcjlawpa@aol.com

(Reyes & Calas- Johnson, P.A. is directed to serve copies of this order on the parties listed and file a certificate of service.)

Nancy Neidich, Trustee ECF registered

Asdrubal Rafael Ramos
J.H. Zidell, P.A.
300 Seventy-First Street, Suite 605
Miami Beach, FL 33141

Steven Fraser, Attorney
PO BOX 2038
Hallandale Beach, Florida